FINDINGS OF FACT
1. The deceased, Damon Franklin Smith, was an eligible law enforcement officer with the Oakboro Police Department on April 15, 1996, the date of his death.
2. The deceased came to his death as a result of a gunshot wound to his chest experienced in the course and scope of his official duties and while in the discharge of his official duties as a police officer with the Oakboro Police Department. He was responding to a domestic violence call when he was shot in the chest.
3. He was survived by his wife, Mrs. Crystal Kennedy Smith.
* * * * * * * * * * * *
Based upon the foregoing findings of fact, the Full Commission make the following:
CONCLUSIONS OF LAW
1. The deceased was an eligible law enforcement officer with the Oakboro Police Department, as defined in N.C. Gen. Stat. Section143-166.2(d) at the time of his death on April 15, 1996.
2. The deceased was killed in the line of duty, as defined by N.C. Gen. Stat. Section 143-166.2(c).
3. The deceased is survived by his wife, Crystal Kennedy Smith, who meets the definition of spouse contained in N.C. Gen. Stat. Section 143-166.2(e).
4. The State of North Carolina is obligated to pay the wife the sums called for in N.C. Gen. Stat. Section 143-166.3.
AWARD
There is hereby awarded to Mrs. Crystal Kennedy Smith the sum of $10,000.00, said payment to be made from funds appropriated to the State Treasurer for that purpose. Hereafter, Crystal Kennedy Smith shall be paid the sum of $5,000.00 annually until the total sum, including the initial payment, reaches $25,000.00, provided she remains unmarried during said time.
A copy of this Award shall be furnished the Office of the State Treasurer for the purpose of having compliance with this Award, and the Commission shall be advised of the date or dates of payments pursuant hereto.
No costs are assessed before the Commission.
This the _________ day of _______________________, 1996.
 S/ ___________________________ HOWARD BUNN, JR. CHAIRMAN
CONCURRING:
S/ _____________________________ THOMAS J. BOLCH COMMISSIONER
S/ _____________________________ COY M. VANCE COMMISSIONER